UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:  08-11672 RGS

|  |  |
|---|---|
| MARK O'BRIEN | ) |
|     Plaintiff | ) |
|  | ) |
| Vs. | ) |
|  | ) |
| RICHARD ROBBINS | ) |
|     Defendant | ) |

## DEFENDANT, RICHARD ROBBINS'S ANSWER TO PLAINTIFF'S COMPLAINT

The Defendant, Richard Robbins ("the Defendant"), hereby responds to each numbered paragraph of the Plaintiff's Complaint as follows:

### INTRODUCTION

1. The Defendant states that this paragraph is introductory only and therefore does not require a response.  Furthermore, this paragraph is a conclusion of law to which no response is required.  To the extent that a response is required, however, the defendant denies the allegations.

### JURISDICTION AND VENUE

2. The Defendant states that this paragraph is a conclusion of law to which no response is required.

3. The Defendant states that this paragraph is a conclusion of law to which no response is required.

### PARTIES

4. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

5. The defendant admits the allegations contained in this paragraph.

### FACTUAL BACKGROUND

6. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

1

7. The defendant denies the allegations continued in this paragraph.

8. The defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

   a. The defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.
   b. The defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.
   c. The defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.
   d. The defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.
   e. The defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.
   f. The defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.
   g. The defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

9. The defendant states that this paragraph is a conclusion of law to which no response is required. To the extent that a response is required, the defendant denies the allegations.

10. The defendant states that this paragraph is a conclusion of law to which no response is required. To the extent that a response is required, the defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph.

11. The defendant states that this paragraph is a conclusion of law to which no response is required. To the extent that a response is required, the defendant denies the allegations.

    a. The defendant denies the allegations contained in this paragraph.
    b. The defendant denies the allegations contained in this paragraph.
    c. The defendant denies the allegations contained in this paragraph.
    d. The defendant denies the allegations contained in this paragraph.
    e. The defendant denies the allegations contained in this paragraph.
    f. The defendant denies the allegations contained in this paragraph.
    g. The defendant denies the allegations contained in this paragraph.

12. The defendant denies the allegations contained in this paragraph.

13. The defendant states that this paragraph is a conclusion of law to which no response is required. To the extent that a response is required, the defendant denies the allegations.

14. The defendant states that this paragraph is a conclusion of law to which no response is required. To the extent that a response is required, the defendant denies the allegations.

COUNT ONE
AGAINST RICHARD ROBBINS FOR VIOLATION OF 42 USC § 1983

15. The Defendant restates and incorporates the preceding paragraphs.

16. The defendant states that this paragraph is a conclusion of law to which no response is required. To the extent that a response is required, the defendant denies the allegations.

17. The defendant states that this paragraph is a conclusion of law to which no response is required. To the extent that a response is required, the defendant denies the allegations.

18. The defendant states that this paragraph is a conclusion of law to which no response is required. To the extent that a response is required, the defendant denies the allegations.

WHEREFORE, the Defendant hereby demands that judgment be entered in his favor as to all counts of the Plaintiff's complaint with interest, fees, and costs awarded to the Defendant.

## **AFFIRMATIVE DEFENSES**

### **First Affirmative Defense**

The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### **Second Affirmative Defense**

At all times, the Defendant was privileged in his actions.

### **Third Affirmative Defense**

The Defendant is entitled to absolute and qualified immunity.

### **Fourth Affirmative Defense**

The qualified immunity of public officials performing discretionary acts bars the Plaintiff from maintaining this action.

### Fifth Affirmative Defense

The Plaintiff's claims are barred by the applicable statute of limitations, rules of service, failure to exhaust administrative remedies and failure to properly present the claims.

### Sixth Affirmative Defense

The Defendant states that the Plaintiff's own acts or admissions caused any alleged damages.

### Seventh Affirmative Defense

The Defendant states that the Plaintiff did not suffer damages due to any wrongdoing by the Defendant.

### JURY CLAIM

THE DEFENDANT CLAIMS A TRIAL BY JURY AS TO ALL ISSUES PROPERLY TRIABLE TO A JURY.

Respectfully submitted,
Defendant, Richard Robbins
By his attorneys,

/s/ Thomas Donohue
Leonard H. Kesten, BBO #542042
Thomas Donohue, BBO #643483
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100
(617) 880-7171 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants on October 12, 2008.

October 12, 2008     /s/ Thomas R. Donohue
_____
     Date       Thomas R. Donohue