UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 08-11672-RGS

---

**Mark O'Brien**
*Plaintiff*

v.

**Richard Robbins**
*Defendant*

---

JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(D), the parties hereby submit the following Agenda for Scheduling Conference, Proposed Pretrial Schedule, and Certification. There are no areas of dispute with regard to the Proposed Pretrial Schedule.

I. Agenda of Matters to be Discussed at Scheduling Conference

　　A. <u>Proposed Pretrial Schedule</u>

　　　　1. Discovery Plan
　　　　2. Motion Schedule
　　　　3. Pretrial Conference
　　　　4. Any matter listed in FRCP 16(c), or which the Court deems appropriate.

　　B. <u>Mediation/Alternative Dispute Resolution</u>

　　C. <u>Trial by Magistrate Judge</u>-At this time, the parties are not willing to have this case tried by a Magistrate Judge.

　　D. <u>Plaintiff's Settlement Proposal</u>

II.  Proposed Pretrial Schedule

    A.  <u>Discovery Plan</u>

    1.  Deadline for the Completion of Fact Discovery:  July 18, 2009

Discovery shall be served so that the responses shall be served or depositions shall be completed by July 18, 2009.  For the time being, the parties agree that the discovery shall be conducted pursuant to the limitations set forth in Local Rule 26.1(C).  Neither party waives the right to seek leave of court to conduct discovery beyond that provided for in the Local Rules.  Should either party determine that discovery beyond the limitations set forth in Local Rule 26.1 (C) is needed, such party will endeavor to reach agreement on the issue with opposing counsel before raising it with the Court.

    2.  Expert Discovery

No later than May 1, 2008, the Plaintiff shall identify any expert witnesses who may testify at trial and provide expert disclosures as required by F.R.C.P. 26(a)(2). No later than June 1, 2008, the Defendant shall identify any expert witnesses who may testify at trial and provide expert disclosures as required by F.R.C.P. 26(a)(2).  Any depositions of expert witnesses shall be concluded within the time limits for fact discovery set forth above.

    B.  <u>Motion Schedule</u>

    1.  Motions for Summary Judgment pursuant to Rule 56 shall  be filed by September 18, 2009.  The Opposition to the Motion for Summary Judgment shall be filed by October 18, 2009.

III.  <u>Certification By Counsel and Parties</u>

Pursuant to Local Rule 16.1 (D)(3), the certification from counsel for Plaintiff and Plaintiff that they have conferred on the matters set forth in that Rule has been separately filed.

Pursuant to Local Rule 16.1 (D)(3), the certification from counsel for Defendant that they have conferred on the matters set forth in that Rule has been separately filed.

Mark O'Brien
By his attorney

/s/Mitchell J. Notis
_____
Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700


Richard Robbins

/s/Thomas R. Donohue
_____
Leonard Kesten
Thomas R. Donohue
Brody Hardoon Perkins & Kesten LLP
One Exeter Plaza
Boston, MA 02116
617-880-7100


CERTIFICATE OF SERVICE

I, Mitchell J. Notis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to any non-registered participants as indicated in the Notice of Electronic Filing, this 10th day of December, 2008.

/s/Mitchell J. Notis

_____
MITCHELL J. NOTIS, BBO# 374360
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445

Tel: 617-566-2700