# EXHIBIT B

**Cormier, Jim**

EXHIBIT 2 O'Brien

**From:** O'Brien, Mark
**Sent:** Wednesday, April 26, 2006 12:46 AM
**To:** Cormier, Jim
**Cc:** O'Brien, Mark
**Subject:** RE: Our meeting on 4-7-06

To: Chief Cormier
From: Sgt. Mark J. O'Brien

Sir, The following report is simply to memorialize our conversation on 4-7-06. I was called up to you office due to an informal complaint by the town clerk, Cheryl Johnson. She made a complaint relative to the election poll detail on April 4th, 2006. She made a request to you that I not be allowed to work that detail anymore.

I informed you that Lt. Robbins and Cheryl Johnson have had an ongoing relationship for the past several years. She is constantly inside the station while Lt. Robbins is working, sometimes for hours. I informed you that I had spoken to Officer Iapicca, a mutual friend, last summer and requested he tell Lt. Robbins that the relationship was making myself and others uncomfortable. Lt. Robbins lives with another woman, and both women (Cheryl Johnson and Mary Ann Sullivan) come to the station. Sooner or later the two will meet. Mary Ann Sullivan may not be as understanding of the situation as some might think. The two women also phone the station and I find myself bobbing and weaving, trying to be friendly yet evasive, until I can ascertain their identity so as not to call one by the others name. Cheryl Johnson's presence in the station is causing me great anxiety.

I advised you that the complaint by Cheryl Johnson was made simply to keep me from interfering with their ongoing relationship. Had I not worked that detail then Lt. Robbins, working the 4 PM to 12 AM, shift would have been able to visit her at the polls. I told you that it was my opinion that Lt. Robbins was making the complaint thru Cheryl Johnson, in part because promotional exams were coming soon.

Cheryl Johnson several years earlier at Frugal Fannies had stated to me that she was "Having an affair with a married man." I inferred that this statement was meant to tell me that she had no boundaries when it comes to relationships. She had made this same statement to several other supervisors. I have since told my wife of this fact and it has affected my marital relationship because my wife is upset that I was not candid with her to begin with.

Shortly thereafter, I saw her coming out of Lt. Robbins office. I told Lt. Robbins to be careful of her, because of what she told me. I told Lt. Robbins that "Cheryl Johnson was not all there". I was unaware of their relationship.

I also advised you that a former co-worker advised me that he was involved with Cheryl Johnson for a very brief period of time. This individual advised me of the nature of the relationship which might be construed as offensive to future suitors if it became known. I believe that Cheryl Johnson is aware of my knowledge of this relationship, due to my closeness with this co-worker. I believe Cheryl Johnson is trying to hurt my reputation out of fear that I may embarrass her.

I also advised you that reasonable people could infer that this relationship was more than plutonic. In March of 2005, Lt. Robbins made a cell phone call to Officer Mark Segalla. He asked Officer Segalla to pick up Cheryl Johnson from the "Venetian Moon". Cheryl Johnson was intoxicated and Officer Segalla was instructed by Lt. Robbins to drive her home. Nothing went into the log. Officer Segalla told me he felt uncomfortable with this situation because she was intoxicated.

I told you that I was not in a position to make demands from you. I am "OLD SCHOOL" and like to keep things in house. I respectfully requested that Cheryl Johnson not come into the station while I am working.

On April 7th at 7 PM Cheryl Johnson came into the police station. She walked past my office and did not acknowledge me. She met with Lt. Robbins and they made their way to the kitchen. I was walking back and forth to the cell block from my office dealing with prisoners. I felt tremendous stress and could feel my heart

racing. I believed there was no legitimate purpose to her visit other that to harass and humiliate me. I did not want to confront her in the halls in the building for fear she would make another complaint. I felt my work place environment to be so "Hostile", that I felt it would be best to remove myself from the police station as I felt I was unfit for duty. I went home sick from stress at 7 PM.

Tonight, I was working the 4 PM to 12 AM shift. I was in charge of the shift. Lt. Robbins was working the same shift in an administrative capacity. We have not worked together since I went home sick on April 7th, 2006. At 5:20 PM Cheryl Johnson was buzzed into the station by dispatch. She walked past my office and waved to me. I felt very uncomfortable and again felt tremendous stress and my heart began to race. She visited with Lt. Robbins for approximately 3-4 minutes and he escorted her out the station. I advised dispatch that when I was in charge of the shift, that no visitors will be allowed into the building unless I am notified.

I also advised you that several years ago that I was questioned by the town manager regarding my superior officer's relationship with Evelyn Spadafora, a former employee. That situation was very uncomfortable, and I would like to avoid being involved again, if at all possible. This current situation has many parallels that track the prior (Evelyn Spadafora) situation. I am again respectfully requesting that Cheryl Johnson not come to the police station while I am working.

I feel it is also relevant to point out a situation which occurred on 7-13-93 which caused the initial problems between myself and Lt. Robbins. On that night you approached me and advised me that Officer Richards had placed his hands inside a woman's (Maureen Hunt) cleavage during a domestic call. You felt it was very inappropriate and brought it to my attention. We went to the police station to speak with then Sgt. Robbins, the OIC. Sgt. Robbins had dispatched Officer Richards back to the same location and he was alone with an intoxicated woman. Lt. Robbins also advised us that the woman was going to file a complaint against myself. I asked Lt. Robbins to go back down there in place of me and he refused. I went back to that location and placed the woman into protective custody to prevent Officer Richards from further molesting her. I was reprimanded by Chief Marchand for going back there.

Officer Richards was subsequently suspended four more times for sexual misconduct and he eventually resigned. He was also the defendant in a civil suit resulting from another sexual assault which I was forced to testify against the town in. I believed that that situation was a great source of embarrassment to Lt. Robbins even to this day. I found it very difficult to trust him and feel that he has taken every opportunity to take a shot at me even to this day, especially during the evaluation period.

I am also making every effort to keep all correspondence between yourself and I, so as to allow you the opportunity to resolve this matter. I want to thank you in advance in dealing with this difficult matter.

Respectfully Submitted,
Sgt. Mark J. O'Brien

9/30/2008

O'Brien000388